MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY MCGEE, <br>   a/k/a "Hassan," <br><br> Defendant. | No. CR 12 0052 EMC <br><br> [~~PROPO~~SED] ORDER AND STIPULATION FOR CONTINUANCE FROM MARCH 14, 2012 TO APRIL 25, 2012 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The above-captioned defendant is currently scheduled to appear for a status hearing on March 14, 2012. With the consent of the defendant, the parties hereby stipulate and move the Court to continue that hearing until April 25, 2012 at 2:30P.M. before the Honorable Edward M. Chen. The parties also stipulate and move for an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 14, 2012 to April 25, 2012. The parties agree, and the Court finds and holds, as follows:

    1. The defendant by and through his attorney, Erik Babcock, Esq., need additional time to investigate the case and effectively to prepare a defense to the charges.

    2. The defendant agrees to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    3. Given these circumstances, the Court hereby continues the status hearing currently set for March 14, 2012 to April 25, 2012. The Court hereby also finds that the ends of justice served by excluding the period from March 14, 2012 to April 25, 2012 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court orders that the currently scheduled hearing date of March 14, 2012 is vacated, that parties appear for a status conference on April 25, 2012, and that the period from March 14, 2012 to April 25, 2012 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: March 12, 2012            _____/s_____
                                          ERIK BABCOCK, ESQ.
                                            Attorney for Defendant

DATED: March 12, 2012            _____/s_____
                                            ROBERT DAVID REES
                                            Assistant United States Attorney

IT IS SO ORDERED.

        March 13, 2012
DATED:_____          _____

