ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
ANTHONY McGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY McGEE,

    Defendant              /

No. CR 12-0052 EMC

**STIPULATION AND PROPOSED ORDER CONTINUING STATUS HEARING**

IT IS HEREBY STIPULATED that the status hearing currently scheduled for April 25, 2012 at 2:30 p.m. may be vacated and continued to May 9, 2012 at 2:30 p.m. Counsel for the defendant will be unavailable as he will be in trial in state court.

The parties further stipulate and move for an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 23, 2012 to May 9, 2012. The parties agree, and the Court finds and holds, as follows:

1. The defendant by and through his attorney, Erik Babcock, Esq., need additional time to investigate the case and effectively to prepare a defense to the charges, and counsel is expected to be unavailable on April 25, 2012. .

2. The defendant agrees to an exclusion of time under the Speedy Trial Act.

Stipulation, United States v. McGee

1  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. Given these circumstances, the Court hereby continues the status hearing currently set for April 25, 2012 to May 9, 2012. The Court hereby also finds that the ends of justice served by excluding the period from April 25, 2012 to May 9, 2012 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the currently scheduled hearing date of April 25, 2012 is vacated, that parties appear for a status conference on May 9, 2012, and that the period from April 25, 2012 to May 9, 2012 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**SO STIPULATED**.

DATED: April 17, 2012              MELINDA HAAG
                                   United States Attorney

                              By:  /S/Robert David Rees
                                   ROBERT DAVID REES
                                   Assistant United States Attorney

///
///
///
///
///
///

DATED: April 17, 2012   By:   /S/Erik Babcock
ERIK BABCOCK
Counsel for Defendant

**IT IS SO ORDERED**.

DATED: April 17, 2012

