ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
ANTHONY McGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY McGEE,

    Defendant            /

No. CR 12-0052 EMC

**STIPULATION AND PROPOSED ORDER CONTINUING STATUS HEARING**

IT IS HEREBY STIPULATED that the status hearing currently scheduled for May 9, 2012 at 2:30 p.m. may be vacated and continued to May 23, 2012 at 2:30 p.m. Counsel for the defendant will be unavailable as he will be in trial in state court.

The parties further stipulate and move for an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 9, 2012 to May 23, 2012. The parties agree, and the Court finds and holds, as follows:

1. The defendant by and through his attorney, Erik Babcock, Esq., need additional time to investigate the case and effectively to prepare a defense to the charges.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel

1. reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. Given these circumstances, the Court hereby continues the status hearing currently set for May 9, 2012 to May 23, 2012. The Court hereby also finds that the ends of justice served by excluding the period from May 9, 2012 to May 23, 2012 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the currently scheduled hearing date of May 9, 2012 is vacated, that parties appear for a status conference on May 23, 2012, and that the period from May 9, 2012 to May 23, 2012 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**SO STIPULATED**.

DATED: May 3, 2012			MELINDA HAAG
					United States Attorney


				By:	/S/Robert David Rees
					ROBERT DAVID REES
					Assistant United States Attorney

///

///

///

///

///

///

DATED: May 3, 2012   By:   /S/Erik Babcock
                           ERIK BABCOCK
                           Counsel for Defendant

**IT IS SO ORDERED**.

DATED: May 8, 2012



_____
Edward M. Chen
UNITED STATES DISTRICT JUDGE