ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
ANTHONY McGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0052 EMC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING STATUS HEARING** |
| v. | |
| ANTHONY McGEE, | |
| Defendant / | |

This matter was scheduled for an evidentiary hearing on defendant's motion to suppress on July 30, 2~~013~~ 2012. It turns out that one of the three police officers involved in the detention and arrest of Mr. McGee is unavailable that day. Defense counsel wants all three officers to testify during the same proceeding. Defense counsel is also leaving the country and unavailable for three weeks starting August 1, ~~2013~~ 2012. The first date all witnesses and counsel are available is September 10, 2012.

IT THEREFORE STIPULATED that the hearing on defendant's motion to suppress evidence may be continued to September 10, 2012 at 10:00 a.m.

The parties further stipulate and move for an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from the signing of this order until September 10l 2012 because

Stipulation, United States v. McGee

defendant's motion is still pending and has not been ruled upon. Given these circumstances, the Court hereby continues the evidentiary hearing and excludes the time from the signing of this order until September 10, 2012 from the time in which this matter must be brought to trial pursuant to 18 U.S.C. § 3161(h)(1)(d.

**SO STIPULATED**.

DATED: July 2, 2012             MELINDA HAAG
                                United States Attorney

                    By:  /S/Robert David Rees
                         ROBERT DAVID REES
                         Assistant United States Attorney

DATED: July 27, 2012    By:  /S/Erik Babcock
                             ERIK BABCOCK
                             Counsel for Defendant

**IT IS SO ORDERED**.

DATED:  July 27, 2012

                                Honorable Edward M. Chen
                                UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*