ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
ANTHONY McGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               No. CR 12-0052 EMC

　　　　Plaintiff,                           **STIPULATION AND PROPOSED
                                          ORDER CONTINUING MOTION
v.                                          HEARING**

ANTHONY McGEE,

____Defendant_____/

　　　　IT IS HEREBY STIPULATED that the hearing on defendant's motion to suppress

evidence currently scheduled for September 28, 2012 at 2:30 p.m. may be vacated and continued

one week to October 3, 2012 at 3:00 p.m.  The reason for the continuance is that counsel for the

defendant will be unavailable because he has a preliminary hearing scheduled that day in a

murder case in state court that was set on a time not waived basis.

　　　　The parties further stipulate that the time until October 3, 2012 may continue to be

///

///

///

///

excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), because the motion to suppress evidence is still pending.

**SO STIPULATED**.

DATED: September 24, 2012

MELINDA HAAG
United States Attorney

By:    /S/Robert David Rees
ROBERT DAVID REES
Assistant United States Attorney

DATED: September 24, 2012    By:    /S/Erik Babcock
ERIK BABCOCK
Counsel for Defendant

**IT IS SO ORDERED**.

DATED:        September 24, 2012

Hon
UNIT

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA