MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDALL LUSKEY (CABN 240915)
ROBERT DAVID REES (CABN 229441)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Fax: (415) 436-7234
   Email: robert.rees@usdoj.gov; randall.luskey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY MCGEE,<br>  a/k/a "Hassan,"<br><br>    Defendant. | No. CR 12 0052 EMC<br><br>**[P~~ROPOS~~ED] ORDER AND STIPULATION TO VACATE NOVEMBER 5, 2012 TRIAL DATE, TO SET NOVEMBER 7, 2012 STATUS DATE, AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))** |

    The above-captioned defendant is currently scheduled for trial on November 5, 2012 before the Honorable Edward M. Chen. With the consent of the defendant, the parties hereby stipulate to vacate that trial date and related pretrial order and instead set the case for a status hearing on November 7, 2012 at 2:30PM. The reasons for the request are that the parties have been apprised of DNA testing results that may significantly impact the state of the evidence in the case. In particular, the defendant, by and through his attorney, Erik Babcock, Esq., will need time to assess the results and determine how best to prepare a response at trial, if any, to that DNA evidence. Due to defense counsel's schedule, there is insufficient time to accomplish such tasks in a timely manner. The defendant will be prepared to address the Court regarding these matters at a status hearing

on the Court's regular criminal calendar on November 7, 2012. The parties also stipulate and move for an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 19, 2012 to November 7, 2012. The parties agree, and the Court finds and holds, as follows:

    1. The defendant by and through his attorney, Erik Babcock, Esq., need additional time to investigate the case and effectively to prepare a defense to the charges.

    2. The defendant agrees to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    3. Given these circumstances, the Court hereby vacates the trial currently set for November 5, 2012 and the related pretrial order. Instead, the Court sets the matter for a status hearing on November 7, 2012 at 2:30PM. The Court hereby also finds that the ends of justice served by excluding the period from October 19, 2012 to November 7, 2012 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court orders that the currently scheduled trial date of November 5, 2012 is vacated along with its related pretrial order, that the parties appear for a status conference on November 7, 2012 at 2:30PM, and that the period from October 19, 2012to November 7, 2012 be excluded

//
//
//
//
//
//
//
//

from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: October 19, 2012   /s/
ERIK BABCOCK, ESQ.
Attorney for Defendant

DATED: October 19, 2012   /s/
RANDALL LUSKEY
ROBERT DAVID REES
Assistant United States Attorneys

IT IS SO ORDERED.

DATED: October 19, 2012
HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen