ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
ANTHONY McGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY McGEE,

    Defendant.    /

No. CR 12-00052 EMC

**STIPULATION AND P~~ROPOS~~ED ORDER CONTINUING STATUS HEARING**

The above-captioned matter is set on May 22, 2013 for a motion hearing, and May 29, 2013 for judgment and sentencing. Counsel for defendant has been in trial in a murder case for the last month and unavailable to review or research the government's opposition papers, meet with the client, or file objections to the PSR. IT IS THEREFORE STIPULATED that the motions hearing currently set on May, 22, 2013 may be continued one week to May 29, 2013. It is further stipulated that judgment and sentencing currently set for May 29, 2013 may be continued to June 26, 2013.

    **SO STIPULATED**.

Dated: May 20, 2013                                          /s/Robert David Rees
                                                                       ROBERT DAVID REES
                                                                        Assistant United States Attorney

Stipulated Order Continuing Hearings
United States v. Anthony McGee

Dated: May 20, 2013					/s/Erik Babcock
							ERIK G. BABCOCK
							Attorney for Defendant

**SO ORDERED**.

DATED: May 21, 2013



Judge Edward M. Chen

Stipulated Order Continuing Hearings
United States v. Anthony McGee